# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| RICHARD SLOSBERG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket no. 08-cv-20-P-S |
| ) | |
| PORTLAND MARKETING GROUP, ) | |
| INC., ) | |
| ) | |
| ) | |
| Defendant. | |

## ORDER IMPOSING SANCTIONS AND EXTENDING DEADLINES FOR DISCOVERY & DISPOSITIVE MOTIONS

Defendant's Motion for Court Action (Docket # 7) is hereby GRANTED WITHOUT OBJECTION.  Having reviewed the docket and Defendant's entire submission in connection with the pending motion, the Court finds that the requested sanctions of (1) precluding Plaintiff's use of expert testimony and (2) striking Count V (Negligent Infliction of Emotional Distress) and Count VI (Intentional infliction of Emotional Distress) of Plaintiff's Complaint are warranted and reasonable pursuant to Federal Rule of Civil Procedure 37(b)(2)(A) & (c)(1).

In addition, as requested by Defendant and to the extent the discovery was not provided by the July 24, 2008 deadline for completing discovery, the Court hereby ORDERS Plaintiff to produce copies of his tax returns and all documents relating to sourced of income from January 1, 2006 to present.  This discovery shall be provided on or before August 19, 2008.

In light of this limited extension of the discovery deadline, the Court hereby extends the deadline for filing all dispositive motions and any *Daubert* & *Kumho* motions to August 26, 2008.

SO ORDERED.

/s/ George Z. Singal
Chief U.S. District Judge

Dated this 12th day of August, 2008.